**Order entered March 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00032-CV

### GREG DUNCAN, ET AL., Appellants

### V.

### PARK PLACE MOTORCARS, LTD. D/B/A
### PARK PLACE MOTORCARS DALLAS, ET AL., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08535**

## ORDER

Before the Court is the March 6, 2019 request of Lanetta Williams, Official Court Reporter for the 116th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to Monday, April 22, 2019.

/s/    ERIN A. NOWELL
       JUSTICE